THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE TOERING,<br><br>              Plaintiff,<br><br>         v.<br><br>EAN HOLDINGS LLC,<br><br>              Defendant. | CASE NO. C15-2016-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On March 22, 2017, this Court issued an order granting Plaintiff's unopposed motion for preliminary approval of class action settlement. (Dkt. No. 66.) In light of that order, the Court hereby VACATES the jury trial and all related deadlines.

DATED this 27th day of March 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk
